IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/~~Case~~ No. 20156596

UNITED STATES OF AMERICA,

Plaintiff,

v.

Clint R. Cordova

Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

X Initial Appearance ___ Arraignment ___ Sentencing ___ Status

___ Administrative Review   X Other ( _____ )

The location, date and time set for the hearing is:

___ 212 N. Wahsatch, Suite 101
   Colorado Springs, CO 80903

___ 901 19th Street, Rm. A-105
   Denver, CO 80294

X 400 Rood Avenue, Room 323
   Grand Junction, CO 81501

Appearance date: 12/13/11, at 10:30 AM

**You are advised that your attendance on this date is mandatory. Failure to appear will lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: M. Doolan
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 11/15/11   Name: Clint Cordova
                        (Please Print)
                  Address: Correction VN

Phone: 970 641 6323
Revised 1/13/05