IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   11-po-00050-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CLINT R. CORDOVA,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED:   May 21, 2012**

      Pretrial Conference set for May 22, 2012 at 9:00 a.m. is **VACATED** and rescheduled to June 11, 2012 at 1:00 p.m.